## UNITED STATES DISTRICT COURT
## 11EASTERN DISTRICT OF LOUISIANA

**ROLAND ADAMS**                                                **CIVIL ACTION**

**VERSUS**                                                                **NO. 11-816**

**BRUCE CAIN, WARDEN**                                    **SECTION: "G"**

### ORDER

Before the Court are Roland Adams's Petition for a Writ of Habeas Corpus[1] and his objections[2] to the Magistrate Judge's Report and Recommendation that the petition be denied with prejudice.[3] The Court, having reviewed *de novo* the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS HEREBY ORDERED** that Roland Adams's petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

**NEW ORLEANS, LOUISIANA**, this  23rd  day of January, 2014.

*Nannette Jolivette Brown*

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 1.

[2] Rec. Doc. 16.

[3] Rec. Doc. 15.